UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 4 |
| | ) | |
| ALAN NUNN | ) | |

**O R D E R**

Because the parties have waived objections to the Report and Recommendation issued by Magistrate Judge John E. Martin (DE # 155), Magistrate Judge Martin's findings and recommendations are now **ADOPTED** and the court finds:

(1) defendant knowingly, freely, voluntarily, and intentionally entered into the Amended Agreed Disposition of Probation Violations (DE # 150); and

(2) defendant knowingly, freely, voluntarily, and intentionally waived his right to a probation revocation hearing.

Defendant is now **ADJUDGED** to have committed the violations of probation described in the Amended Agreed Disposition of Probation Violations (DE #150). Defendant's term of probation is **REVOKED** and the court imposes an incarceration sentence of time served, with no term of probation or supervision to follow.

**SO ORDERED.**

Date: November 16, 2023

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT